United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY JAMES McGINTY, JR., § | |
| SPN #01967082, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-22-1146 |
| § | |
| BOB SOLIS, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 31st day of May, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE